

**The following constitutes the order of the Court.
Signed: December 20, 2018**

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

MARIO BURNIAS,

                Debtor.

Case No. 18-52665 MEH

Chapter 13

## ORDER VACATING DISMISSAL AND EXTENDING TIME

On December 18, 2018, debtor's case was dismissed for failure to file documents by December 17, 2018 pursuant to the court's order entered December 5, 2018.

On December 19, 2018, debtor filed a request to extend time to file documents. The court will consider the request to include vacating the dismissal. Therefore, for cause appearing, it is

ORDERED that the dismissal entered December 18, 2018 is vacated.

IT IS FURTHER ORDERED that the deadline to file the required documents, provide the Trustee with a copy of the most recent Federal income tax return, and to provide the addresses for the creditors listed in the List of Creditors is extended to close of business on **January 11, 2019**. In the event the debtor fails to timely file the above documents, this case may be dismissed without further notice or hearing.

**END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | All ECF Recipients |
| 4 | |
| 5 | Mario Burnias |
| 6 | 4824 Byington Dr |
| 7 | San Jose, CA 95138 |